Argued and submitted July 30, affirmed August 28, 2002

In the Matter of the Compensation of
Raymond L. Presnell, Claimant.

## SAIF CORPORATION
and Presnell Concrete Construction,
*Petitioners,*

*v.*

Raymond L. PRESNELL,
*Respondent.*

00-06493; A114549

52 P3d 1122

---

Julene Marian Quinn argued the cause and filed the brief for petitioners.

Christopher D. Moore argued the cause for respondent. With him on the brief was Malagon, Moore & Jensen.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *SAIF v. Azorr*, 182 Or App 90, 47 P3d 542 (2002).